# EXHIBIT B

INST: 00000882
BK: 1991 PG: 97



BK: 887 PG: 230
Instrument #: 00000383

## FORECLOSURE DEED

PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co.

a national association duly established under the laws of the United States of America and having its usual place of business at 3232 Newmark Drive, Miamisburg, OH 45342 the current holder of a mortgage

given by Yovanny Padilla

to National City Mortgage Co

dated August 20, 2003 and recorded August 21, 2003 at 9:03 A.M. in Book 1051 at Page 265 in the Records of Land Evidence in the Town of Lincoln, County of Providence and State of Rhode Island and recorded on August 21, 2003 at 8:39 A.M. in Book 504, Page 207 in the Records of Land Evidence in the City of Central Falls, County of Providence and State of Rhode Island , by the power conferred by said mortgage and every other power, for THREE HUNDRED TWELVE THOUSAND SEVEN HUNDRED THIRTEEN AND 47/100 ($312,713.47) DOLLARS paid, grants to PNC Bank, National Association of 3232 Newmark Drive, Miamisburg, OH 45342,  the premises conveyed by said mortgage, viz:

See legal description attached hereto as Exhibit A and incorporated herein by reference.

201208-0152                                                          /Foreclosure Deed RI/Padilla, Yovany

*Property Address: 132-134 Hendricks Street, Central Falls and Lincoln, RI 02863*

INST: 00000882
BK: 1991 PG: 98

Doc: 00000383
Book: 887 Page: 231

Meaning and intending to convey, and hereby conveying, the premises conveyed to this Mortgagee in that certain mortgage deed as set forth above. The premises were sold at foreclosure auction on January 19, 2016. No withholding tax is required under the provisions of R.I.G.L. 44-30-71.3, in that no net proceeds were payable to the mortgagor(s).

Pursuant to Rhode Island Life Safety Code (RILSC) 24.6.3.1.4.1(5), this conveyance is exempt from the provisions of RILSC 24.6.3.1 as the property is being transferred pursuant to a foreclosure sale, and no smoke detector and carbon monoxide detector certification is required.

This conveyance is made subject to all taxes, assessments, and other encumbrances which may constitute a lien thereon surviving said foreclosure sale, and is conveyed subject to any restrictions of record and rights of tenants in possession, if any, as shall notwithstanding this provisions, constitute valid liens or encumbrances thereon after said sale.

INST: 00000882
BK: 1991 PG: 99

Doc: 00000383
Book: 887 Page: 232

WITNESS the execution of said national association this _29_ day of _February_, 2016.

PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co.

By: _[signature]_
Name: __Brittany Sloneker__
Title: __Authorized Signer__

STATE OF __Ohio__
__Montgomery__ County, ss.   __February 29th__, 2016

On this _29th_ day of _February_ 2016, before me, the undersigned notary public, personally appeared _Brittany Sloneker_, proved to me through satisfactory evidence of identification, which were _personal knowledge_ (form of Identification), to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose as the free act and deed of PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co.

Capacity: (as __Authorized Signer__ (Title)
for __PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co.)__

_[signature]_ (Affix Seal)
Notary Signature

My commission expires: _April 5, 2017_

[Notary seal: JANICE M. GRILL, NOTARY PUBLIC, COMM. EXP. APRIL 5, 2017, STATE OF OHIO]

Page 3

201208-0152
Padilla, Yovany
/Foreclosure Deed RI

INST: 00000882
BK: 1991 PG: 100

Doc: 00000383
Book: 887 Page: 233

EXHIBIT A

That certain lot or parcel of land with all buildings and improvements thereon, situated on the southerly side of Hendricks Street, partly in the City of Central Falls and partly in the Town of Lincoln, County of Providence and State of Rhode Island, which lot is bounded and described as follows:

Beginning at a point on the southerly side of Hendricks Street, which point is located at the northwesterly corner of the herein described parcel and the northwesterly corner of other land now or lately of Fausto F. Barbosa and Maria E. Barbosa; thence running in a westerly direction along the southerly side of Hendricks Street a distance of 55.0 feet to a point; thence turning an interior angle of 90° and running a southerly direction a distance of 93.38 feet to a point thence turning an interior angle of 89° 15' 10" and running in easterly direction of 55.0 feet to a point which point is located at the southeasterly corner of the herein described parcel and the southwesterly corner of other land of Barboza; thence turning an interior angle of 90° 44' 50" and running a distance of 92.66 feet to the southerly side of Hendricks Street and the point and place of beginning. Said first described course and last described course forming an interior angle of 90°. Said land contains 5,116 square feet more or less.

Property Address: 132-134 Hendricks Street, Central Falls and Lincoln, RI 02863

City of Central Falls: AP: 9; Lot: 104

Town of Lincoln: AP: 2; Lot: 13

Received
Recorder of Deeds
Apr 01, 2016 10:39A
City of Central Falls, RI
Sonia M. Grace
City Clerk

Page 4

201208-0152
Padilla, Yovany
/Foreclosure Deed RI

INST#: 00000882
BK: 1991 PG: 101

Doc: 00000383
Book: 887 Page: 234

## AFFIDAVIT

I, _Kelsey Hoover_, Esquire of Harmon Law Offices, PC as attorneys for PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co. named in the foregoing deed, make oath and say that the principal and interest obligation mentioned in the mortgage above referred to were not paid or tendered or performed when due or prior to the sale, and that PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co. caused to be published on December 29, 2015, January 5, 2016, and January 12, 2016, in the Pawtucket Times, a public newspaper published in the City of Pawtucket, County of Providence, State of Rhode Island, in accordance with the provisions of said mortgage, notice of sale, the following being a true copy of said notice:

**MORTGAGEE'S SALE**
132-134 Hendricks Street
Central Falls and Lincoln, RI
Plat 9, Lot 104

The premises described in the mortgage will be sold subject to all encumbrances and prior liens on January 19, 2016 at 11:00 a.m. on the premises, by virtue of the power of sale contained in a mortgage by Yovanny Padilla dated August 20, 2003 and recorded in the Lincoln Land Evidence Records in Book 1051, Page 265 and recorded with the City of Central Falls on August 21, 2003 at 8:39 AM in Book 504, Page 207, the conditions of said mortgage having been broken.

$5,000.00 in cash, certified or bank check is required to bid. Other terms will be announced at the sale.

HARMON LAW OFFICES, P.C.
Attorney for the Holder of the Mortgage
150 California Street
Newton, MA 02458
(617) 558-0500
201208-0152 - TEA

201208-0152

Doc: 00000383
Book: 887 Page: 235

I certify that in accordance with the terms of said mortgage and pursuant to R.I.G.L. 34-11-22 and 34-27-4, as amended, notice of the time and place of the foreclosure sale was mailed to the mortgagor(s) by certified mail, return receipt requested, at the address of the real estate; at the mortgagor's address listed with the tax assessor's office for the City of Central Falls and the Town of Lincoln, if different from the property address; at the last known address for the mortgagor(s); and at any other address the mortgagor may have designated by written notice to the mortgagee. Such notice contained a copy of the text of RIGL 34-27-4(d), printed in 12 point type, along with the notice set forth in and required by RIGL 34-27-4(c), printed in 14 point type. I certify that such notice was sent at least thirty (30) days prior to the first publication, including the day of mailing in the computation.

Pursuant to said notice at the time and place therein appointed, PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co. sold the mortgaged premises at public auction by Dean M. Ponte, a licensed auctioneer, to PNC Bank, National Association for THREE HUNDRED TWELVE THOUSAND SEVEN HUNDRED THIRTEEN AND 47/100 ($312,713.47) DOLLARS bid by PNC Bank, National Association, being the highest bid made therefore at said auction.

I further make affidavit and say that I am familiar with the contents of the Servicemembers Civil Relief Act, that to the best of my knowledge and information and belief, the record owners of the property described in said mortgage, namely Yovanny Padilla and Norma Flores, were not "persons" in the Military Service of the United States of America as defined by the Servicemembers Civil Relief Act, and were not in "Military Service" as defined by said Act at the time of the commencement of the within foreclosure proceeding, or at the time of sale under the power given by said mortgage or at any time within the period of one calendar year immediately

201208-0152                                          /Affidavit RI/Padilla, Yovany

INST: 00000882
Doc: 00000383
Book: 887 Page: 236

preceding said sale, and that the above facts have been ascertained after investigation duly made.

March 1, 2016        By: _____, Esquire
                          Kelsey Hoover

### COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.                                    March 1, 2016

Subscribed and sworn to before me in Newton, Massachusetts, on the __1__ day of March, 2016.

_____ (Affix Seal)
Notary Public

Printed Name _Shannon Marie Brennan_

My commission expires: 2/13/20



201208-0152                                    /Affidavit RI/Padilla, Yovany

```
INST: 00000882
BK: 1881 PG: 104
Doc: 00000383
Book: 887 Page: 237
```

## AFFIDAVIT OF EXEMPTION FROM COMPLIANCE
## WITH R.I. GEN. LAWS § 34-27-3.2

I, **Ryan Carey** **Authorized Signer** (Name/Title), of PNC Bank, National Association, hereby affirm under oath that:

1. I have personal knowledge of the matters referred to herein.

2. PNC Bank, National Association, successor in interest to National City Real Estate Services, LLC, successor by merger to National City Mortgage, Inc., formerly known as National City Mortgage Co. is the holder of the mortgage recorded in Book 1051 at Page 265 in the Records of Land Evidence in the Town of Lincoln, County of Providence and State of Rhode Island and recorded in Book 504, Page 207 in the Records of Land Evidence in the City of Central Falls, County of Providence and State of Rhode Island, located at 132-134 Hendricks Street, Central Falls and Lincoln, RI 02863 (the "Mortgage") and identified as: City of Central Falls: AP: 9; Lot: 104 and Town of Lincoln: AP: 2; Lot: 13

3. The Mortgage is exempt from the requirement to participate in a foreclosure mediation conference as set forth in R.I. Gen. Laws § 34-27-3.2 for the following reason:

    a. ☒ The Mortgagor was more than one hundred twenty days delinquent on or before September 12, 2013

    b. ☐ The Mortgage is a reverse mortgage

    c. ☐ The Mortgagor failed to fulfill his or her obligations under an Eligible Workout Agreement within twelve months receiving a Certificate of Eligible Workout Agreement.

201208-0152

INST: 00000882
BK: 1991 PG: 105

Doc: 00000383
Book: 887 Page: 238

4. For the reasons set forth above, PNC Bank, National Association is deemed to be in compliance with the requirements of R.I. Gen. Laws § 34-27-3.2(m).

PNC Bank, National Association

By: _____
Name: Ryan Carey
Title: Authorized Signer

STATE OF Ohio

COUNTY OF Montgomery

Sworn to and subscribed before me this 1st day of March, 2016.

_____
Notary Public

Printed Name: Janice M. Grill

My commission expires: April 5, 2017

[Notary Seal: JANICE M. GRILL, NOTARY PUBLIC, COMM. EXP. APRIL 5, 2017, STATE OF OHIO]

Received
Recorder of Deeds
Apr 01, 2016 10:39A
City of Central Falls, RI
Sonia M. Grace
City Clerk

RECEIVED FOR RECORD
LINCOLN, RI
Apr 01, 2016 11:39A
BOOK: 1991 PAGE: 105
KAREN D. ALLEN
TOWN CLERK

201208-0152